1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JEAN M. TURK
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California  94105
6     Telephone:  (415) 977-8976
      Facsimile:  (415) 744-0134
7     E-Mail: jean.turk@ssa.gov

8
   Attorneys for Defendant
9
                          UNITED STATES DISTRICT COURT
10
                          EASTERN DISTRICT OF CALIFORNIA
11
                                  **SACRAMENTO DIVISION**
12

13 IVAN JELEZNII,                      )
                                       )   CIVIL NO. 2:06-1886 DAD
14      Plaintiff,                     )
                                       )   STIPULATION AND ORDER SETTLING
15           v.                        )   ATTORNEY'S FEES PURSUANT TO THE
                                       )   EQUAL ACCESS TO JUSTICE ACT 28
16 MICHAEL J. ASTRUE,                  )   U.S.C. § 2412(d), AND COSTS PURSUANT
   Commissioner of                     )   TO 28 U.S.C. § 1920
17 Social Security,                    )
                                       )
18      Defendant.                     )
   _____)
19

20      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21 subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney

22 fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR

23 THOUSAND THREE HUNDRED TWELVE dollars and 00 cents ($4,312.00). This amount represents

24 compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this

25 civil action, in accordance with 28 U.S.C. § 2412(d).

26      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

27 fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

28

                                            1

Payment of FOUR THOUSAND THREE HUNDRED TWELVE dollars and 00 cents ($4,312.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: June 8, 2009

*/s/ Jesse s. Kaplan*
(As authorized via e-mail on 06/08/09)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: June 8, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Jean M. Turk*
JEAN M. TURK
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

**APPROVED AND SO ORDERED.** In light of this order, plaintiff's motion for attorney fees under EAJA filed May 17, 2009 (Doc. No. 23) is hereby denied as moot.

DATED: June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/jeleznii1886.stipord.attyfees